IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KENNETH DOUGLAS CORBIN, )
          Plaintiff )
)
vs. ) Civil Action No. 06-1608
) Judge Terrence F. McVerry/
SUPERINTENDENT R.D. SHANNON; ) Magistrate Judge Amy Reynolds Hay
DR. JEFFREY A. BEARD; )
COMMONWEALTH OF )
PENNSYLVANIA DEPARTMENT OF )
CORRECTIONS; SGT. STOOTLER; )
C.O. TROUTMAN; C/O REIGHTNER; )
C/O ALBERT; LT. BROWN; MEDICAL )
RECORD DEPARTMENT OFFICIALS )
SCI FRACKVILLE; C/O RENO; )
individually and in their Official Capacities, )
          Defendants )

## **ORDER**

AND NOW, this 27th day of November, 2007, after the Plaintiff, Kenneth Douglas Corbin, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and plaintiff's copy of the report and recommendation having been returned by SCI Frackville indicating that Inmate was paroled on September 13, 2007, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the amended complaint [17] is dismissed for failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

        s/ Terrence F. McVerry
        United States District Judge

cc:    Honorable Amy Reynolds Hay
       United States Magistrate Judge

       Kenneth Douglas Corbin
       FY-1303
       SCI Frackville
       1111 Altamont Boulevard
       Frackville, PA 17931